IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02603-PAB-MEH

DENNIS WALKER, and
DIANA WALKER,

Plaintiffs,

v.

SETH ROBERTS,
DIANE ROBERTS, and
ATLAS MORTGAGE CO.,

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

      Defendant's Unopposed Motion to Amend Scheduling Order [filed October 31, 2008; docket #38] is **granted in part and denied in part**. The deadlines in this matter are rescheduled as follows:

        Discovery Deadline        **December 31, 2008**
        Dispositive Motions Deadline    **January 30, 2009**

      The parties are reminded that all future filings with the Court shall conform to the United States District Court for the District of Colorado's Local Rules of Practice, namely D.C. Colo. LCivR 6.1, 7.1, and 10.1. Any future filings not in compliance with the Local Rules of Practice shall be stricken.