IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No.  06-cv-02603-PAB-MEH

DENNIS WALKER and
DIANA WALKER,

    Plaintiffs,

v.

SETH ROBERTS,
DIANE ROBERTS, and
ATLAS MORTGAGE CO.

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss [Docket No. 60].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Stipulated Motion to Dismiss [Docket No. 60] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED May 1, 2009.

                                            BY THE COURT:

                                            s/Philip A. Brimmer_____
                                            PHILIP A. BRIMMER
                                            United States District Judge